## STATE OF CONNECTICUT *v.* JAMAR D.

The defendant's petition for certification for appeal from the Appellate Court (AC 29474) is granted, limited to the following issue:

"Did the Appellate Court properly dismiss the defendant's appeal for lack of a final judgment?"

NORCOTT, J., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18277.

*Sandra Crowell*, assistant public defender, in support of the petition.

*Denise B. Smoker*, senior assistant state's attorney, in opposition.

Decided December 11, 2008